185 So. 917

Annie Love Dowdell DENSON et al. v. FIRST NATIONAL BANK OF BIRMINGHAM et al.

6 Div. 313.

Supreme Court of Alabama.

Dec. 8, 1938.

Rehearing Denied Jan. 12, 1939.

Wm. D. Denson, of Birmingham, for appellants.

W. A. Denson, pro se.

Cabaniss & Johnston, of Birmingham, for appellees.

PER CURIAM.

Affirmed on authority of Denson v. First Nat. Bank of Birmingham, post, p. 702, 185 So. 918.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

185 So. 918

Mary H. DENSON et al. v. FIRST NATIONAL BANK OF BIRMINGHAM et al.

6 Div. 314.

Supreme Court of Alabama.

Dec. 8, 1938.

Rehearing Denied Jan. 12, 1939.

Wm. D. Denson, of Birmingham, for appellants.

Cabaniss & Johnston and Aird & Fox, all of Birmingham, for appellees.

KNIGHT, Justice.

The questions presented on this appeal have been heretofore determined adversely to appellants. Denson et al. v. Provident Mutual Life Ins. Co., 231 Ala. 574, 166 So. 33; W. A. Denson et al. v. Steiner Bros., Inc., et al., 235 Ala. 697, 178 So. 919. Upon the authority of said cases, the decree of the Circuit Court of Jefferson County is affirmed.

Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

185 So. 918

W. A. DENSON et al. v. FIRST NATIONAL BANK OF BIRMINGHAM et al.

6 Div. 315.

Supreme Court of Alabama.

Dec. 8, 1938.

Rehearing Denied Jan. 12, 1939.

Wm. D. Denson, of Birmingham, for appellants.

W. A. Denson, pro se.

Cabaniss & Johnston, of Birmingham, for appellees.

BROWN, Justice.

The questions presented by this appeal were fully considered, and decided adversely to appellants in Denson et al. v. Provident Mutual Life Ins. Co., 231 Ala. 574, 166 So. 33; Id., 299 U.S. 556, 57 S.Ct. 18, 81 L.Ed. 409, and again in Denson et al. v. Steiner Bros., Inc., et al., 235 Ala. 697, 178 So. 919.

On authority of these decisions the decree of the Circuit Court sustaining the demurrer and dismissing the bill is due to be affirmed.

It is so ordered by the Court.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

186 So. 912

Lawrence DUNCAN v. STATE.

7 Div. 523.

Supreme Court of Alabama.

Jan. 21, 1939.

W. A. Oates, of Columbiana, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed by appellant.